AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED IN OPEN COURT
ON 8/17/10
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA

V.

NIKEMA Q. MEISSNER

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:10-MJ-

CHARGING DISTRICTS
CASE NUMBER: 4:09-MJ-141-GMF

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ____MIDDLE____ District of ____GEORGIA____; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on TO BE NOTIFIED .

*Date and Time*

17 August 2010
*Date*

*Signature of Judge*

JAMES E. GATES, US MJ
*Name and Title of Judge*